| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA | | |
| Case number *(if known)* _____ | Chapter | **11** |
| ☐ Check if this an amended filing | | |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Big Daddy Guns 2 Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  83-3025757

**4. Debtor's address**

Principal place of business

3558 SW College Road
Suite 400
Ocala, FL 34474
Number, Street, City, State & ZIP Code

Marion
County

Mailing address, if different from principal place of business

7600 NW 5th Place
Gainesville, FL 32607
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Big Daddy Guns 2 Inc.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor __**Big Daddy Guns 2 Inc.**__                                                    Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                    Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Big Daddy Guns 2 Inc.**                                                                Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Big Daddy Guns 2 Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 21, 2023**
MM / DD / YYYY

**X** **/s/ Anthony W. McKnight**  **Anthony W. McKnight**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Jose I Moreno**    Date **March 21, 2023**
Signature of attorney for debtor    MM / DD / YYYY

**Jose I Moreno 0659460**
Printed name

**Jose I Moreno PA**
Firm name

**240 NW 76th Drive**
**Suite D**
**Gainesville, FL 32607**
Number, Street, City, State & ZIP Code

Contact phone **352-332-4422**   Email address **jimoreno@bellsouth.net**

**0659460 FL**
Bar number and State

Debtor  **Big Daddy Guns 2 Inc.**                                    Case number (*if known*) _____
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Big Daddy Inc** | | Relationship to you | | **Affilate** |
| District | **Northern District of Florida** | When **3/21/23** | Case number, if known | | **23-10053-KKS** |
| Debtor | **OTPYG Inc** | | Relationship to you | | **Affiliate** |
| District | **Northern District of Florida** | When **11/22/22** | Case number, if known | | **22-10186-KKS** |

Fill in this information to identify the case:

Debtor name: **Big Daddy Guns 2 Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ADt Security Services P.O. Box 317878 15250 | | | | $2,843.64 | $0.00 | $2,843.64 |
| Amchar Wholesale Inc. Bldg 1 P.O. Box 936676 Atlanta, GA 31193 | | | | $15,594.44 | $0.00 | $15,594.44 |
| Citarella Pest P.O. Box 3308 Spring Hill, FL 34611 | | | | $303.00 | $0.00 | $303.00 |
| Cox Auto Pay P.O. Box 3308 Spring Hill, FL 34611 | | | | $578.04 | $0.00 | $578.04 |
| Florida Department of Revenue Account Management Mail Stop 1-5730 5050 W. Tennessee Street Tallahassee, FL 32399 | | | | $2,028.68 | $0.00 | $2,028.68 |
| MEGED Funding Group Corp. 12 Zeck Ct Suffern, NY 10901 | | | Disputed | $3,319,156.91 | $0.00 | Unknown |
| Redstone Advance Inc. c/o: Todd Feldman Esq. 3050 Biscayne Blvd. Suite 904 Miami, FL 33137 | | Inventory held by Redstone Advance Inc | Disputed | $4,400,001.00 | $0.00 | $4,237,982.93 |

Debtor **Big Daddy Guns 2 Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **RSR Group Inc**<br>Att: John F. Hayter<br>1418 NW 6th Street<br>Gainesville, FL 32601 | | | Disputed | $102,020.96 | $0.00 | Unknown |
| **World Wide Distributors**<br>8211 S 194th Street<br>Kent, WA 98032 | | | | Unknown | $0.00 | Unknown |
| **Zen Capital**<br>3131 NE 7th Avenue<br>Miami, FL 33137 | | | Disputed | $3,433,367.05 | $0.00 | Unknown |

Amount of claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.

Big Daddy Guns 2 Inc.
7600 NW 5th Place
Gainesville, FL 32607

RSR Group Inc
Att: John F. Hayter
1418 NW 6th Street
Gainesville, FL 32601

Jose I Moreno
Jose I Moreno PA
240 NW 76th Drive
Suite D
Gainesville, FL 32607

World Wide Distributors
8211 S 194th Street
Kent, WA 98032

ADt Security Services
P.O. Box 317878
15250

Zen Capital
3131 NE 7th Avenue
Miami, FL 33137

Amchar Wholesale Inc.
Bldg 1
P.O. Box 936676
Atlanta, GA 31193

Citarella Pest
P.O. Box 3308
Spring Hill, FL 34611

Cox Auto Pay
P.O. Box 3308
Spring Hill, FL 34611

Florida Department of Revenue
Account Management
Mail Stop 1-5730
5050 W. Tennessee Street
Tallahassee, FL 32399

MEGED Funding Group Corp.
12 Zeck Ct
Suffern, NY 10901

Redstone Advance Inc.
c/o: Todd Feldman Esq.
3050 Biscayne Blvd.
Suite 904
Miami, FL 33137

# United States Bankruptcy Court
## Northern District of Florida

In re  **Big Daddy Guns 2 Inc.**  
                   Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Big Daddy Guns 2 Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anthony M. McKnight**  
**7600 NW 5th Place**  
**Suite C**  
**Gainesville, FL 32607**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 21, 2023** | **/s/ Jose I Moreno** |
| Date | **Jose I Moreno 0659460** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Big Daddy Guns 2 Inc.** |
| | **Jose I Moreno PA** |
| | **240 NW 76th Drive** |
| | **Suite D** |
| | **Gainesville, FL 32607** |
| | **352-332-4422 Fax:352-332-4462** |
| | **jimoreno@bellsouth.net** |